PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: JOHN TUCKER                                                                 Cr.: 92-00557-004

Name of Sentencing Judicial Officer: The Honorable John W. Bissell, Chief U.S.D.J.

Date of Original Sentence: 07/12/93

Original Offense: Count 1: Conspiracy to Possess with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 846; Count 2: Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. §841(a)(1).

Original Sentence: 165 months B.O.P., 5 years supervised release, $100 special assessment. A Special Condition of substance abuse counseling/treatment as directed by the U.S. Probation Office was also imposed.

Type of Supervision: Supervised Release                            Date Supervision Commenced: 10/19/04

## PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 3 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.

## CAUSE

On February 24, 2005, the offender was convicted of Driving Under the Influence of Alcohol in Gloucester Township Municipal Court, Summons No. SP2294981. He was subsequently assessed $658 in fines and penalties, ordered to complete 12 hours at the Intoxicated Driver Resource Center (IDRC), and he received a 7 month suspension of his New Jersey drivers license.

Respectfully submitted,

By: Justine P. Meddick
U.S. Probation Officer
Date: 04/27/05

PROB 12B - Page 2
JOHN TUCKER

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] A hearing is requested to address this violation. Date_____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

May 8, 2005
_____
Date